UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROLANDO GARZA, | No. C 13-1880 RS (PR) |
| Plaintiff, | **ORDER REMANDING ACTION TO STATE COURT** |
| v. | |
| A.J. GARCIA, et al, | |
| Defendants. | |

This action was removed from state court. Plaintiff alleges in his opposition to the Court's order dismissing the complaint with leave to amend that he has no federal claims and therefore that this Court lacks jurisdiction. The Court construes this filing as a motion to dismiss his federal claims. So construed, it is GRANTED and the federal claims are DISMISSED without prejudice. With the dismissal of these claims, the Court lacks jurisdiction over the matter. The action is hereby REMANDED to the Monterey County Superior Court. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED**.

DATED: October 18, 2013

RICHARD SEEBORG
United States District Judge